## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **RICHARD WAGNER,** | ) | **CASE NO. 2:19-CV-1032** |
| | ) | |
| Plaintiff, | ) | **JUDGE ALGENON L. MARBLEY** |
| | ) | |
| v. | ) | **MAGISTRATE VASCURA** |
| | ) | |
| **RIETHWEIL CHILI LLC,** | ) | **MOTION FOR DISMISSAL** |
| | ) | **PURSUANT TO FED. CIV. R. 41(a)(2)** |
| Defendant. | ) | |
| | ) | |

NOW COMES Plaintiff Richard Wagner, by and through counsel, and hereby motions this Most Honorable Court for an Order of dismissal pursuant to Fed. Civ. R. 41(a)(2) as to Defendant Shoppes on Olentangy II, LLC. Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

        Respectfully submitted,

        **/s/ COLIN G. MEEKER**

        Colin G. Meeker (#0092980)
        Blakemore, Meeker & Bowler Co., L.P.A.
        495 Portage Lakes Dr.
        Akron, OH 44319
        Office: (330) 253-3337
        Fax: (330) 253-4131
        cgm@bmblaw.com

        Attorney for Plaintiff, Richard Wagner