AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Richard Wagner, <br> *Plaintiff* <br> v. <br> Riethweil Chili, LLC, et al., <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:19-cv-1032 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court finds Plaintiff's Motion for Dismissal against Defendant Shoppes on Olentangy, II, LLC MOOT for lack of filing an answer and Plaintiff's Motion for Dismissal against Defendant Riethweil Chili, LLC is GRANTED due to settlement.  Plaintiff's claims against Defendant Riethweil are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   2/24/2020

CLERK OF COURT

*Theresa J. B[...]*
Signature of Clerk or Deputy [Clerk]